**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 526 MAL 2018

            Respondent    :

                                :    Petition for Allowance of Appeal from
                                :    the Order of the Superior Court

            v.                     :

                                :

LATHAN NICHELSON,    :

            Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.